# EXHIBIT A



# EXHIBIT B

































