Peter R. Afrasiabi, Esq. (Bar No. 193336)
Email: pafrasiabi@onellp.com
John Tehranian, Esq. (Bar. No. 211616)
Email: jtehranian@onellp.com
**ONE LLP**
4000 MacArthur Boulevard
West Tower, Suite 1100
Newport Beach, California 92660
Telephone:   (949) 502-2870
Facsimile:     (949) 258-5081

Attorneys for Plaintiff
X17, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| X17, INC., a California corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>HOLLYWOOD.COM, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. CV10-8461 JHN (JCx)<br><br>**NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff X17, Inc. hereby dismisses this action with regard to the Plaintiff's claims, in their entirety WITH PREJUDICE.

Dated:  April 14, 2011           **ONE LLP**


                                 By:   /s/ John Tehranian
                                       Attorneys for Plaintiff, X17, Inc.

18630.1

1

**NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**